WILLIAM H. BROWN (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Fax: (702) 816-2300
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Douglas Thayer*

```
           FILED          RECEIVED
           ENTERED        SERVED ON
                   COUNSEL/PARTIES OF RECORD

              FEB 1 8 2021

            CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY:_____DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS THAYER,<br><br>　　　　　　　　Defendant. | 2:21-cr-00053-GMN-VCF<br><br>**ORDER CONTINUING INITIAL ARRAIGNMENT AND DETENTION HEARING** |

Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current initial arraignment and detention hearing date of February 24, 2021 and continues the date, such that the new date shall be February 26, 2021 at 2:30 pm in LV Courtroom 3D before Magistrate Judge Cam Ferenbach.

DATED this 18 day of February, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3