CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
SIMON F. KUNG
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: simon.kung@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS LEE THAYER<br><br>Defendant. | Case No. 2:21-cr-00053-GMN-VCF<br><br>**Stipulation to Continue Pretrial Deadlines** |

It is hereby stipulated and agreed, by and between Christopher Chiou, Acting United States Attorney, Simon F. Kung and Jessica Oliva, Assistant United States Attorneys, counsel for the United States of America, and William H. Brown and Christopher Mishler, counsel for Douglas Lee Thayer, that the deadline for the parties' Exhibit List, Proposed Voir Dire, Proposed Jury Instructions, and Trial Briefs be continued until January 27, 2022.

This Stipulation is entered into for the following reasons:

1. On November 1, 2021, the Court ordered that the trial date be continued until February 7, 2022 at 8:30 a.m. and the Calendar Call date be continued until February 1, 2022 at 9:00 a.m. (ECF 39.)

2. In view of the above continuances, the parties agree that the deadline for submission of the parties' Exhibit List, Proposed Voir Dire, Proposed Jury Instructions, and Trial Briefs be continued until January 27, 2022.

DATED this 17th day of November, 2021.

| CHRISTOPHER CHIOU<br>Acting United States Attorney | BROWN MISHLER, PLLC |
|---|---|
| /s/ Simon F. Kung | /s/ William H. Brown |
| SIMON F. KUNG<br>JESSICA OLIVA<br>Assistant United States Attorneys | WILLIAM H. BROWN<br>CHRISTOPHER MISHLER<br>Counsel for Defendant |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS LEE THAYER

    Defendant.

Case No. 2:19-cr-00053-GMN-VCF

**ORDER**

## **FINDINGS OF FACT**

Based upon the pending Stipulation of counsel and good cause appearing, the Court finds that:

1. On November 1, 2021, the Court ordered that the trial date be continued until February 7, 2022 at 8:30 a.m. and the Calendar Call date be continued until February 1, 2022 at 9:00 a.m. (ECF 39.)

2. In view of the above continuance, the parties agree that the deadline for submission of the parties' Exhibit List, Proposed Voir Dire, Proposed Jury Instructions, and Trial Briefs be continued until January 27, 2022.

**ORDER**

IT IS THEREFORE ORDERED that the deadline for the parties' Exhibit List, Proposed Voir Dire, Proposed Jury Instructions, and Trial Briefs be continued until January 27, 2022.

IT IS SO ORDERED.

DATED this  19  day of  November, 2021 .

_____
UNITED STATES DISTRICT JUDGE