CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SIMON F. KUNG
JESSICA OLIVA
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: simon.kung@usdoj.gov
*Attorneys for the United States of America*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS LEE THAYER,<br><br>Defendant. | Case No.: 2:21-cr-00053-GMN-VCF<br><br>**STATEMENT OF THE CASE** |

Pursuant to the Court's pretrial order, the Government hereby submits a statement of the case to be read to prospective jurors at the time of jury selection:

This is the case of the United States v. Douglas Lee Thayer. Mr. Thayer is alleged to have made false promises to clients of his business United States Adult Adoption Services with the intent to deceive and cheat them out of money. He is charged with committing Wire Fraud and Mail Fraud. The parties expect the trial of this case to take approximately five to seven days.

Respectfully submitted this 31st day of March, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/ Simon F. Kung*
SIMON F. KUNG
JESSICA OLIVA
Assistant United States Attorneys