CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SIMON F. KUNG
JESSICA OLIVA
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702-388-6336
Email: simon.kung@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DOUGLAS LEE THAYER,<br><br>Defendant. | Case No.: 2:21-cr-00053-GMN-VCF<br><br>GOVERNMENT'S UNOPPOSED MOTION TO CORRECT COUNT 1 OF THE INDICTMENT<br><br>**(Expedited Treatment Requested)** |

The parties met and conferred on March 31, 2022 and the defense does not oppose this motion.

## I.      Factual Background

On February 10, 2021, a Federal Grand Jury returned an Indictment charging Defendant Douglas Lee Thayer with fraud related to his company United States Adult Adoption Services. Count 1 of that Indictment charges the Defendant with Wire Fraud, in violation of 18 U.S.C. § 1343. More specifically, Count 1 alleges that the Defendant engaged in the following transaction:

6.    On or about February 10, 2016, within the State and Federal District of Nevada and elsewhere,

**DOUGLAS LEE THAYER,**

defendant herein, and others known and unknown to the grand jury, aiding and abetting one another, for the purpose of executing the above scheme, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the signals and sounds described as a wire transfer of $13,000 from a Bank of America account in California to a Wells Fargo account in Nevada, associated with the deposit of a check from victim B.S., all in violation of Title 18, United States Code, Section 1343.

However, the Government recently discovered that Count 1 mistakenly identifies the relevant financial transaction as being between Bank of America and Wells Fargo, instead of between Bank of America and US Bank. That is, the indictment should read, ". . . a wire transfer of $13,000 from a Bank of America account in California to a ~~Wells Fargo~~ US Bank account in Nevada . . . ." For the reasons below, the Government now asks the Court to correct this error in the Indictment.

**II.    Argument**

"The essential purpose of an indictment is to give the defendant 'notice of the charge so that he can defend or plead his case adequately.'" *United States v. Neill*, 166 F.3d 943, 947 (9th Cir. 1999) (quoting *United States v. James*, 980 F.2d 1314, 1316 (9th Cir. 1992)). "Generally, failure of an indictment to detail each element of the charged offense constitutes a fatal defect." *James*, 980 F.2d at 1316. "However, a minor or technical deficiency in the indictment will not cause reversal of a conviction absent prejudice to the defendant." *Neill*, 166 F.3d at 947. "[C]ourts generally have not applied the strict language in *Bain* [that any amendment of an indictment must be resubmitted to the grand jury] to cases involving only

minor clerical errors or *misnomers*, where the substance of the charge is left totally unaffected and the prerogative of the grand jury is not usurped." *United States v. Kegler*, 724 F.2d 190, 193-94 (D.C. Cir. 1983) (emphasis added); *see also Neill*, 166 F.3d at 947 ("Amendment of the indictment to fix typographical errors is appropriate as long as the error did not mislead the defendant.").

In *Neill*, for example, the indictment charged the defendant with two counts of bank robbery: one robbery at a Wells Fargo Bank and a second robbery at the Bank of Salem. 166 F.3d at 947-48. Count two, which covered the Bank of Salem robbery allegations, mistakenly alleged that the money was in the "care, custody, control and management of Wells Fargo Bank" instead of the Bank of Salem. *Id.* at 948. The error went unrecognized by the Government, the defendant, and the district court until after the case was submitted to the jury. *Id.* After the jury inquired whether Wells Fargo Bank owned the Bank of Salem, the Government moved to amend the indictment, and the district court granted that motion over the defendant's objection. *Id.* at 947-48. The defendant appealed, but the Ninth Circuit concluded that "[a]mending the indictment was not error in this case" "because [the defendant] was clearly not prejudiced by the" mistake in the indictment. *Id.* at 948; *see also United States v. Burnett*, 582 F.2d 436, 438 (8th Cir. 1976) ("[A] finding of prejudice to the defendant must be present before an amendment [of an indictment] will be held impermissible."); *United States v. Gardley*, No. 2:10-cr-00236-GMN-PAL, 2012 WL 5451021 (D. Nev. Sept. 14, 2012) (Leen, J.) (relying on *Neill* to amend indictment to correct errors in the purchase price for property transactions, the identity of a purchaser, and dates of bank fraud scheme).

Count 1 of the Indictment in this case presents virtually the same mistake as count two in *Neill*: both misidentify the name of the relevant bank. Like the defendant in *Neill*, the

Defendant here cannot claim any prejudice from the mistake. The rest of Count 1 is sufficiently detailed to put the Defendant on notice of the specific transaction he is charged with making: the date of the check, the amount of the payment, the type of check and the originating bank (*i.e.* a cashier's check issued by the Bank of America) are all correct. *See United States v. Williams*, 2012 WL 5881845, at *2 (E.D. Pa. Nov. 21, 2012) ("The focal points of the Counts were 'sufficiently clear to enable [the defendant] to prepare [his] defense.'" (citing *United States v. Coleman*, 656 F.2d 509 (9th Cir. 1981))).

*Williams* is particularly instructive given the Indictment's numerous correct details identifying the charged transaction. There, two weeks before trial, the Government moved to correct five mistakes in the indictment, including

(1)     changing the victim's initials in one count from R.K. to P.M. while keeping the transaction dates, credit card issuer, and account number unchanged;

(2)     changing the name of the credit card issuer in another count from Citibank to Discover while keeping the transaction date, account number, and the initials of the victimized accountholder unchanged; and

(3)     correcting one digit in the account number in a third count while keeping the transaction date, credit card issuer, and the initials of the victimized accountholder the same.

2012 WL 5881845, at *1. Over the defendant's objection, the district court permitted the amendments because "the corrections cannot be characterized as creating a prejudice against [the defendant]." *Id.* ("[N]owhere does [the defendant] suggest how he has been hoodwinked or misled in the preparation of his defense by the original text of the indictment as compared to the proposal or how he conceivably could be without double jeopardy protection in this circumstance.").

Furthermore, the discovery provided to the Defendant in this case identifies the correct bank at which the Defendant deposited the cashier's check (US Bank) and includes, an image of the actual deposited check that identifies the receiving bank as US Bank

1  (Exhibit 1 (annotation added))[1], along with a Bank Signature Card for the associated US

2  Bank account at issue identifying Douglas Thayer as the account holder for the account in

3  the name of "US Adult Adoption Services" (Exhibit 2).[2]

4        Count 1 correctly charges the Defendant with causing a wire transfer of $13,000

5  associated with the deposit of a cashier's check by victim B.S., which originated from Bank

6  of America. Correcting that Count to reflect that the check was deposited at US Bank, not

7  Wells Fargo, is a minor, technical correction that causes the Defendant no prejudice.

8  **III.**    **Conclusion**

9        Because the rest of Count 1 and the discovery put the Defendant on sufficient notice

10  of the charge against him, the Court should correct Count 1 of the Indictment as follows:

11  ". . . a wire transfer of $13,000 from a Bank of America account in California to a ~~Wells~~

12  ~~Fargo~~ <u>US Bank</u> account in Nevada . . . ."

13

14        Respectfully submitted this 31st day of March, 2022.

15                              CHRISTOPHER CHIOU
                            Acting United States Attorney

16

17                              *s/ Simon F. Kung*
                            SIMON F. KUNG

18  For good cause appearing, the Court    JESSICA OLIVA
**GRANTS** the Government's Unopposed  Assistant United States Attorneys

19  Motion to Correct Count 1 of the Indictment.

20  Dated this <u>31</u> day of March, 2022.

21

22  _____

23  Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

24  [1] Produced at Bates number USA06913.
[2] Produced at Bates number USA06825.

# Exhibit 1

**Bank of America**

Cashier's Check

No. 0145207143

Notice to Purchaser - In the event that this check is lost, misplaced or stolen, a sworn statement and 90-day waiting period will be required prior to replacement. This check should be negotiated within 90 days.

Void After 90 Days

91-170/1221
NAZ

Date 02/10/16 02:35:00 PM

BANK OF AMERICA WEST
0004    0007748    0148

Pay    BANK OF AMERICA ONE THREE ZERO ZERO ZERO CTSCTS    ***$13,000.00

To The Order Of    US ADULT ADOPTION SERVICES INC

Remitter (Purchased By):  BAOQIANG SONG

Bank of America, N.A.
PHOENIX, AZ

AUTHORIZED SIGNATURE

⑆0145207143⑆ ⑈122101706⑈ 5700 2931720⑈

THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK.    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.

027687619



www.bankofamerica.com

www.bankofamerica.com

Chandra
20160212 009255410266 13000.00
16082582672666 12345678

Chandra Bunbury
BC-MN-H21P

USA06913

# Exhibit 2

 **bank.**

# SIGNATURE CARD - BUSINESS

| ACCOUNT TITLE: US ADULT ADPOTION SERVICES INC |
|---|

| ADDRESS: PO BOX 97451 | TIN: 47-4631587 |
|---|---|
| | PHONE: (702) 503-1145 |
| CITY: LAS VEGAS        STATE: NV    ZIP: 89193-7451 | |

| TYPE OF BUSINESS: Corporation - S Corp |
|---|

| TYPE OF ACCOUNT: Silver Business Checking |
|---|

| OWNERSHIP:   Corporation |
|---|

| Account Holder Name(s) | Account Number |
|---|---|
| DOUGLAS L THAYER, JOO | 153756730849 |

| DATE OPENED: 07/28/2015  TIME OPENED: 04:56 PM  OPENED BY:  Jacqueline R Jamerson  OFFICE: 03771 |
|---|

**Certification:**  Under penalties of perjury, I certify that:
(1)    **(47-4631587)** is my correct Taxpayer Identification Number (or I am waiting for a number to be issued to me), and
(2)    I am a U.S. Citizen or other U.S. person, and
(3)    I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding.
(4)    The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions.**  You must cross out item 3 above if you have been notified by the IRS that you are currently subject to back up withholding because you have failed to report all interest and dividends on your tax return.  For real estate transaction, item 3 does not apply.  For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally payments other than interest and dividend you are not required to sign the Certification, but you must provide your correct TIN.

**The Internal Revenue Service does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.**

E-SIGNed 07/28/2015 by   DOUGLAS L THAYER

_signature_

DOUGLAS L THAYER                                      Date:

**Terms And Conditions:**  The bank is hereby authorized to recognize the signature(s) subscribed below in the payment of funds or the transaction of any business for this account.  All transactions shall be governed by applicable laws and the bank's terms (copy acknowledged as received herewith) that pertain to the type of account and style of ownership indicated on this card.  Upon request of the bank, any consumer reporting agency is hereby instructed to furnish a consumer report relating to the undersigned to the bank.  Refer to resolution file for authorization of signatures where authorization is required.
By signing this signature card, you are also acknowledging your express consent to the terms and conditions in your applicable account agreement, including but not limited to our policies on funds availability and our cellular phone contact policy.

E-SIGNed 07/28/2015 by   DOUGLAS L THAYER

_signature_

DOUGLAS L THAYER                                      Date:

All of **bank** serving you™



153756730849  276  Form BSIGCD 05/2014

U.S. Bank
Customer Confidential

USA06825



# RESOLUTION OF CORPORATION
Authority to open accounts, make deposits, and withdraw funds

Account Number: 153756730849

## I, DOUGLAS L THAYER, HEREBY CERTIFY:

- I am the duly elected, qualified and acting Secretary / Authorized Officer of the corporation named *US ADULT ADPOTION SERVICES INC ("Corporation"), which is organized, validly existing, and in good standing under applicable laws.

- As of 07/28/2015 (date), this resolution is duly authorized, in full force and effect, and has not been amended or rescinded.

- The following individuals are designated as authorized agents of the Corporation. The authorities granted by this resolution have not been revoked, modified, annulled or amended in any manner whatsoever. Any authority granted shall remain in full force and effect until revoked in writing by the Corporation.

### AGENTS AUTHORIZED TO ACT ON BEHALF OF CORPORATION
Additional individuals and their signatures may be noted on an attachment, if required.

| NAME / TITLE | SIGNATURE SPECIMEN |
|---|---|
| DOUGLAS L THAYER, OWNER | E-SIGNed 07/28/2015 by  DOUGLAS L THAYER |

All of US serving you™



153756730849  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

USA06826

## RESOLUTION OF CORPORATION (CONTINUED)

Authority to open accounts, make deposits, and withdraw funds

**IT IS RESOLVED THAT:**

- U.S. Bank, N.A. ("Bank") is designated as a depository of the Corporation.

- The authorized agents of the Corporation shall have the authority to:

  o **DEPOSIT** the funds of the Corporation into the above-referenced account(s) subject to the present and future account terms and conditions.

  o **WITHDRAW** the funds of the Corporation through any and all types of transactions (including but not limited to: executing checks, drafts, bills of exchange, acceptances, wires, funds transfers and other instruments and orders for the payment of money). This authority includes any and all transactions drawn to the individual order of an authorized agent and/or deposited into the individual account of such authorized agent.

  o **PROVIDE** instructions with respect to the account(s) of the Corporation and enter into agreements relating to the account(s) of the Corporation on behalf of the Corporation upon such terms and conditions as he or she may deem appropriate.

  o **APPLY** for and receive loans, lines of credit, and letters of credit on behalf of the Corporation, including making pledges for property belonging to the Corporation as security to the Bank, and to execute and deliver any and all notes, agreements or other documents necessary for such borrowing or security on behalf of the Corporation.

- The Bank is authorized to honor the facsimile or mechanical signature of any and all authorized agents. A facsimile or mechanical signature is presumed valid regardless of by whom or what means the facsimile signature may have been affixed as long as the facsimile signature reasonably resembles the signature specimen of the authorized agent. Corporation indemnifies and holds the Bank harmless from any and all claims and liabilities arising from any transaction bearing a facsimile signature as authorized in this resolution.

**IN WITNESS WHEREOF**, this Resolution of the Corporation has been executed on 07/28/2015 (date).

```
E-SIGNed 07/28/2015 by   DOUGLAS L THAYER
```

DOUGLAS L THAYER                                              Date
(Secretary / Authorized Officer)

All of **US** serving you™



153756730849  277  Form BRESCOR 092012

U.S. Bank
Customer Confidential

USA06827