CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SIMON F. KUNG
JESSICA OLIVA
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702.388.6336
simon.kung@usdoj.gov
jessica.oliva@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00053-GMN-VCF |
| Plaintiff, | **Motion to Dismiss Counts Three and Six of the Indictment Without Prejudice** |
| v. | |
| DOUGLAS LEE THAYER, | |
| Defendant. | |

The government hereby moves for leave of the Court to dismiss Count Three and Count Six of the Indictment filed on February 10, 2021 without prejudice, pursuant to Federal Rule of Criminal Procedure 48(a). This dismissal does not affect the remaining counts against the defendant.

Respectfully submitted this 6th day of April, 2022.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/ Jessica Oliva*
JESSICA OLIVA
SIMON KUNG
Assistant United States Attorneys

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOUGLAS LEE THAYER,<br><br>　　　　Defendant. | Case No. 2:21-cr-00053-GMN-VCF<br><br>**Order Granting Motion to Dismiss Counts Three and Six of the Indictment Without Prejudice** |

**IT IS HEREBY ORDERED** that the government is granted leave to dismiss Count Three and Count Six of the Indictment in the above captioned case filed on February 10, 2021, without prejudice.

**IT IS FURTHER ORDERED** that Counts Three and Six of the Indictment are hereby dismissed without prejudice. This dismissal does not affect the remaining counts against the defendant.

Dated this __8__ day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT