CHRISTOPHER CHIOU
Acting United States Attorney
Nevada Bar Number 14853
SIMON F. KUNG
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268
Fax: 702.388.6418
simon.kung@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00053-GMN-VCF |
| Plaintiff, | **Stipulation for Trial** |
| v. | |
| DOUGLAS LEE THAYER, | |
| Defendant. | |

The parties, by and through the undersigned, agree as follows:

1. The following Defense exhibits are admissible at trial:

    a. 5004

    b. 5018

    c. 5019

    d. 5020

    e. 5021

    f. 5022

    g. 5023

    h. 5024

    i. 5025

    j. 5027

    k. 5029

    l. 5033

2. The following Government exhibits are admissible at trial:

    a. 1a, b, d, f

    b. 2a

    c. 3

    d. 4

    e. 5

    f. 6

    g. 7a, c, d

    h. 8a, c, e, f

    i. 9a, b, c, d

    j. 10a, b, d, e, f

    k. 11a, b, d

    l. 12a-c

    m. 13

    n. 14c, d, f, g

    o. 15

    p. 16a-c

    q. 18a-c

    r. 19a-g

s. 20a-q

3. The Government will not make objections solely based on the defense exceeding the scope of the direct examination during cross examination of witnesses that appear on both the Government and Defense witness lists, to the extent that witness is not separately called by the defense.

4. Government witness David Gulick's knowledge, skill, experience, training and education qualify him as an expert in the field of U.S. immigration policies and procedures.

Dated: April 8, 2022

Respectfully submitted,

For the United States:

CHRISTOPHER CHIOU
Acting United States Attorney

*s/ Simon F. Kung*
Simon F. Kung
Jessica Oliva
Assistant United States Attorneys

For the Defense:

*s/ William Brown*
William Brown, Esq.
Attorney for Defendant

**IT IS SO ORDERED.**

Dated this __8__ day of April, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3