GOVERNMENT EXHIBIT LIST                                  page ___1___

Case #  2:21-cr-00053-GMN-VCF

Caption: United States v. Douglas Lee Thayer

Exhibits for: Prosecution

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 1a | | Baoqiang Song USAAS Service Agreement (Bates 124-30) |
| | | 1b | | Baoqiang Song Check to USAAS (Bates 6913) |
| | | 1c | | Baoqiang Song USAAS Receipt (Bates 132) |
| | | 1d | | Baoqiang Song USAAS Refund Check (Bates 7124) |
| | | 1e | | Baoqiang Song NV AG Complaint (Bates 1226-1238) |
| | | 1f | | Baoqiang Song Checks (Bates 131, 133) |
| | | 2a | | Bruna De Campos Teixeira Adoption Documents (Bates 1871-87) |
| | | 2b | | Email Attaching Report of Adoption (Bates 13695-96) |
| | | 3 | | Audio Recording (Bates 13697) |
| | | 4 | | Email from F. Guzman to R. Snell (Bates 13713-34) |
| | | 5 | | Email from D. Austin to F. Guzman and Attachment (Bates 13845-13899) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 6 | | Insurance Documents (Bates 13783-88) |
| | | 7a | | Jin Jian Chen USAAS Service Agreement (Bates 13560-13566) |
| | | 7b | | Jin Jian Chen USAAS Receipt (Bates 13570) |
| | | 7c | | Jin Jian Chen USAAS Refund Check (Bates 7210) |
| | | 7d | | Jin Jian Chen USAAS Refund Letter, April 18, 2016 (Bates 13571-13572) |
| | | 7e | | Jin Jian Chen USAAS Initial Intake Form (Bates 13567-13569) |
| | | 8a | | Ling Fang Zhang USAAS Service Agreement (Bates 449-54) |
| | | 8b | | Ling Fang Zhang USAAS Fee Arrangement and Client Information Sheet (Bates 443-45) |
| | | 8c | | Ling Fang Zhang Check (Bates 440) |
| | | 8d | | Ling Fang Zhang Receipt (Bates 446) |
| | | 8e | | Ling Fang Zhang USAAS Closure Letter (Bates 455-56) |
| | | 8f | | Ling Fang Zhang USAAS Refund Letter (Bates 447-48) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
|  |  | 8g |  | Ling Fang Zhang USAAS Refund Receipt (Bates 438-39) |
|  |  | 8h |  | Ling Fang Zhang Refund Check (Bates 7154) |
|  |  | 8i |  | Ling Fang Zhang NCA Complaint Form (Bates 441-42) |
|  |  | 9a |  | Mei Guo USAAS Service Agreement (Bates 263-69) |
|  |  | 9b |  | Mei Guo USAAS Fee Arrangement and Client Information Sheet (Bates 254-56) |
|  |  | 9c |  | Mei Guo Refund Check (Bates 261-62) |
|  |  | 9d |  | Mei Guo Refund Check (Bates 7221) |
|  |  | 9e |  | Mei Guo NV AG Complaint (Bates 250-53) |
|  |  | 9f |  | Image of Newspaper (Bates 13684) |
|  |  | 10a |  | Ruth Mora USAAS Service Agreement (Bates 13702-13708) |
|  |  | 10b |  | Ruth Mora Check to USAAS (excerpt of Bates 13698) |
|  |  | 10c |  | Ruth Mora USAAS Trade Secret Non-Disclosure Agreement (Bates 13709-13712) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 10d | | Ruth Mora USAAS Fee Agreement and Client Information Sheet (Bates 13699-13701) |
| | | 10e | | Ruth Mora Check to USAAS (Bates 9783) |
| | | 10f | | Ruth Mora Adoption Documents (Bates 1814-33) |
| | | 11a | | Wei Wei Dong USAAS Closure Letter (Bates 424-25) |
| | | 11b | | Wei Wei Dong USAAS Refund Letter (Bates 426-27) |
| | | 11c | | Wei Wei Dong USAAS Refund Receipt (Bates 422-23) |
| | | 11d | | Wei Wei Dong Refund Check (Bates 7144) |
| | | 12a | | Wenyang Lu USAAS Service Agreement (Bates 502-08) |
| | | 12b | | Wenyang Lu USAAS Fee Agreement and Client Information Sheet (Bates 509-11) |
| | | 12c | | Wenyang Lu Refund Check (Bates 7184) |
| | | 13 | | Yanhua Chen Adoption Documents (Bates 1834-50) |
| | | 14a | | Zhibin Zhang copy of Business Card for Doug Thayer (Bates 197) |
| | | 14b | | Zhibin Zhang copy of Allied Medical Quote (Bates 202-205) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 14c | | Zhibin Zheng USAAS Service Contract (Bates 190-196) |
| | | 14d | | Zhibin Zheng Check to USAAS (Bates 7480) |
| | | 14e | | Zhibin Zhang USAAS Receipt (Bates 186-187) |
| | | 14f | | Zhibin Zhang USAAS Letter February 16, 2016 (Bates 188-189) |
| | | 14g | | Zhibin Zhang USAAS Refund Letter April 18, 2016 (Bates 177-178) |
| | | 14h | | Zhibin Zhang USAAAS Refund Check and Envelope (Bates 182-185) |
| | | 14i | | Zhibin Zhang USAAS "FINAL ATTEMPT" letter June 20, 2016 (Bates 1299) |
| | | 14j | | Zhibin Zhang USAAS Email Communications (Bates 175-176) |
| | | 14k | | Zhibin Zhang NV AG Complaint (Bates 1273-1301) |
| | | 14l | | Zhibin Zhang USAAS Refund Check (Bates 7212) |
| | | 15 | | USAAS Client Spreadsheet (Bates 6514-15) |
| | | 16a | | Instructions for Form I-130 (Bates 13957) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 16b | | Instructions for Form I-600 (Bates 13958) |
| | | 16c | | Instructions for Form I-800 (Bates 13959) |
| | | 17 | | Insurance Documents (Bates 13713-943) |
| | | 18a | | JP Morgan Chase Documents (Bates 8351) |
| | | 18b | | JP Morgan Chase Documents (Bates 9725-27) |
| | | 18c | | JP Morgan Chase Documents (Bates 9758-9895) |
| | | 19a | | US Bank Documents (Bates 6769) |
| | | 19b | | US Bank Documents (Bates 6262-6327) |
| | | 19c | | US Bank Documents (Bates 6825-6913) |
| | | 19d | | US Bank Documents (Bates 6262-6327) |
| | | 19e | | US Bank Documents (Bates 6825-6913) |
| | | 19f | | US Bank Documents (Bates 9695) |
| | | 19g | | US Bank Documents (Bates 9696-9700) |
| | | 20a | | Wells Fargo Documents (Bates 1408-09) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 20b | | Wells Fargo Documents (Bates 1362-65) |
| | | 20c | | Wells Fargo Documents (Bates 1410-14) |
| | | 20d | | Wells Fargo Documents (Bates 1483-89) |
| | | 20e | | Wells Fargo Documents (Bates 1500-25) |
| | | 20f | | Wells Fargo Documents (Bates 1766-67) |
| | | 20g | | Wells Fargo Documents (Bates 1773-77) |
| | | 20h | | Wells Fargo Documents (Bates 7637-40) |
| | | 20i | | Wells Fargo Documents (Bates 6950-7236) |
| | | 20j | | Wells Fargo Documents (Bates 7391-7578) |
| | | 20k | | Wells Fargo Documents (Bates 7630-36) |
| | | 20l | | Wells Fargo Documents (Bates 7654-58) |
| | | 20m | | Wells Fargo Documents (Bates 7951-8001) |
| | | 20n | | Wells Fargo Documents (Bates 8055-90) |
| | | 20o | | Wells Fargo Documents (Bates 8170-8302) |

| Date Marked | Date Admitted | Number | Witness | Description |
|---|---|---|---|---|
| | | 20p | | Wells Fargo Documents (Bates 8775) |
| | | 20q | | Wells Fargo Documents (Bates 8776-86) |
| | | 21 | | USAAS Flyer (Bates 13968) |