FILED _____   RECEIVED _____
_____ ENTERED   _____ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 19 2022

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOUGLAS LEE THAYER,

Defendant.

Case No. 2:21-cr-00053-GMN-VCF

**ORDER**

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

DATED: April _11_, 2022

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE