WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Douglas Lee Thayer*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>Plaintiff,<br><br>vs.<br><br>DOUGLAS LEE THAYER,<br><br>Defendant. | 2:21-cr-00053-GMN-VCF<br><br>**STIPULATION TO CONTINUE SENTENCING**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Simon Kung, Assistant United States Attorney, counsel for the United States of America, and William H. Brown, counsel for defendant Douglas Lee Thayer that the sentencing hearing currently scheduled for July 26, 2022, at 10:00 a.m., be vacated and continued at least 30 days to August 26, 2022, or alternatively to a date and time that is convenient for this Honorable Court.

1

The Stipulation is entered into for the following reasons:

1. This is the first requested continuance.

2. This continuance will allow the defense additional time to prepare for sentencing, and Parole and Probation more time to gather documents necessary to prepare the Presentence Investigation Report.

3. The defendant is out of custody and does not object to the requested continuance.

4. The government agrees to the requested continuance.

5. This continuance is not sought for purposes of delay but for the reasons stated.

This is the first stipulation to continue filed herein.

DATED June 8, 2022

| JASON M. FRIERSON | BROWN MISHLER, PLLC |
| United States Attorney | |
| | |
| /s/ *Simon Kung* | /s/ *William H. Brown* |
| By_____ | By_____ |
| SIMON KUNG | WILLIAM H. BROWN |
| Assistant United States Attorney | Counsel for Douglas Thayer |

WILLIAM H. BROWN, ESQ. (7623)
BROWN MISHLER, PLLC
911 N. Buffalo Dr., Ste. 202
Las Vegas, Nevada 89128
Tel: (702) 816-2200
Email: WBrown@BrownMishler.com
*Attorney for Defendant*
*Douglas Lee Thayer*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERCIA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>DOUGLAS LEE THAYER,<br><br>　　　　　　Defendant. | 2:21-cr-00053-GMN-VCF<br><br>**ORDER CONTINUING**<br>**SENTENCING HEARING** |

　　　　Based on the pending stipulation of counsel, and good cause appearing therefore, the Court hereby vacates the current sentencing date of July 26, 2022, at 10:00 a.m., and continues the date thirty (30) days, such that the new sentencing date shall be  August 31, 2022 at 10:00 a.m  .

　　　　Dated: June  8 , 2022　　　　　　_____
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3