UNITED STATES DISTRICT COURT

DISTRICT NEVADA

**UNITED STATES,**

    Plaintiff,

vs.

**DOUGLAS LEE THAYER,**

    Defendant.

Case No. 2:21-cr-00053-GMN-VCF

**ORDER**

    **IT IS HEREBY ORDERED** that Defendant Douglas Lee Thayer shall have until 2:00 pm on Friday, November 25, 2022, to surrender for service of his sentence. He may surrender at the institution to that the Bureau of Prisons has designated him to serve his sentence. If he has not been designated by that time, he shall surrender to the U.S. Marshals.

Dated this __1__ day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Order re Self-Surrender Date, *United States v. Thayer,, Ca*se No. 2:21-cr-00053-GMN-VCF