JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JESSICA OLIVA
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: 702.388.6336
jessica.oliva@usdoj.gov
*Attorneys for the United States*

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>DOUGLAS LEE THAYER,<br><br>   Defendant. | Case No. 2:21-cr-00053-GMN-VCF<br><br>**Stipulation to Continue Restitution Hearing** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, through Jessica Oliva, Assistant United States Attorney, and Mark Eibert, Esq., counsel for Defendant Douglas Lee Thayer, that the Restitution Hearing set for November 4, 2022 at 10 am be vacated and set to a date and time convenient to this Court, but no sooner than 14 days.

This stipulation is entered into for the following reasons:

1. On September 30, 2022, the Court held a sentencing hearing as to Douglas Lee Thayer. ECF No. 138. The Court estimated restitution totaling $852,355, noting in the judgment "Restitution list to be provided and an amended judgment shall follow." ECF Nos. 138 and 139 at 6. The Court set a restitution hearing for November 4, 2022 and further ordered that hearing would be vacated upon the filing of a restitution list. *Id.*

2. Under 18 U.S.C. § 3664(d)(5), the Court may set a date for final determination of the victims' losses, not to exceed 90 days after sentencing.

3. Defense counsel is recently appointed appellate counsel and has not yet received transcripts or most of trial counsel's file, and so requires additional time to determine the accuracy of the Government's proposed restitution list.

4. Defendant is ordered to self-surrender on November 25, 2022 and does not object to this continuance of the restitution hearing.

5. Wherefore the parties respectfully request the Court to vacate and reset the current restitution hearing for a date and time convenient to the Court, but not sooner than two weeks.

DATED this 3rd day of November, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Mark Eibert
MARK EIBERT, ESQ.
Counsel for Defendant
Douglas Lee Thayer

/s/ Jessica Oliva
JESSICA OLIVA
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>DOUGLAS LEE THAYER<br><br>　　　　Defendant. | Case No. 2:21-cr-00053-GMN-VCF |

**[Proposed] Order Granting Stipulation to Continue Restitution Hearing**

**FINDINGS OF FACT**

Based on the parties' stipulation to continue the restitution hearing date, and good cause appearing therefore, the Court finds that:

　　1.　On September 30, 2022, the Court held a sentencing hearing as to Douglas Lee Thayer. ECF No. 138. The Court estimated restitution totaling $852,355, noting in the judgment "Restitution list to be provided and an amended judgment shall follow." ECF Nos. 138 and 139 at 6. The Court set a restitution hearing for November 4, 2022 and further ordered that hearing would be vacated upon the filing of a restitution list. *Id.*

　　2.　Under 18 U.S.C. § 3664(d)(5), the Court may set a date for final determination of the victims' losses, not to exceed 90 days after sentencing.

　　3.　Defense counsel is recently appointed appellate counsel and has not yet received transcripts or most of trial counsel's file, and so requires additional time to determine the accuracy of the Government's proposed restitution list.

4. Defendant is ordered to self-surrender on November 25, 2022 and does not object to this continuance of the restitution hearing.

5. Accordingly, the parties respectfully request the restitution hearing be continued by two weeks.

## ORDER

IT IS HEREBY ORDERED that the restitution hearing currently scheduled for November 4, 2022 at the hour of 10:00 a.m. be vacated and continued to December 5, 2022 at the hour of 11:00 am before Judge Gloria M. Navarro.

DATED this __3__ day of November, 2022.

_____
HONORABLE GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE