JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JESSICA OLIVA
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6268 / Fax: 702.388.6418
jessica.oliva@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00053-GMN-VCF |
| Plaintiff, | **Government's Motion for Leave to File Sealed Restitution List** |
| v. | |
| DOUGLAS LEE THAYER, | |
| Defendant. | |

Contemporaneous with this motion, the Government is filing its Restitution List (at ECF No. 152) in the above-captioned case. This Restitution List contains personal identifiable information (PII) of victims, specifically their home addresses. Under Federal Rule of Criminal Procedure 49.1 and Local Rule IC 6-1, if a home address must be included on documents filed with the Court, only the city and state should be listed. Moreover, victims of a crime have the statutory right to be treated with respect for their privacy. 18 U.S.C. § 3773(a)(8); *see also United States v. Patkar*, 2008 WL 233062, at *4 (D. Hawai'i Jan. 28, 2008). Rule 49.1(d) provides an exception to this rule, under which the Court may order a filing be made under seal which contains this information.

Here, it is necessary to include victim PII—specifically, their home addresses—on the Restitution List, because otherwise the Clerk of the Court will not know where to mail

restitution. Accordingly, the Government respectfully moves for permission to file the Restitution List under seal pursuant to Fed. R. Crim. P. 49.1(d).

Respectfully submitted this 22nd day of November, 2022.

        JASON M. FRIERSON
        United States Attorney

        *s/ Jessica Oliva*
        JESSICA OLIVA
        Assistant United States Attorney

**ORDER**

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the Restitution Hearing set for December 5, 2022, is **VACATED**.

Dated this  28  day of November, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

2