# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

United States of America,

    Plaintiff(s),

v.

Douglas Lee Thayer,

    Defendant(s).

2:21-cr-00053-GMN-VCF

**ORDER**

  Before the court is defendant's motion for application to proceed in district court without paying fees or costs. ECF No. 171, pages 2-11.

  Accordingly, and good cause appearing,

  IT IS HEREBY ORDERED that defendant's motion for application to proceed in district court without paying fees or costs (ECF No. 171), is GRANTED IN PART to the extent that any and all court fees are waived.

  DATED this 16th day of November 2023.

              _____
              CAM FERENBACH
              UNITED STATES MAGISTRATE JUDGE