# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent, | ) Case No.: 2:21-cr-00053-GMN-VCF-1 |
| vs. | ) |
| | ) **ORDER SETTING BRIEFING** |
| DOUGLAS LEE THAYER, | ) **SCHEDULE** |
| | ) |
| Petitioner. | ) |
| | ) |

Pending before the Court is Petitioner Douglas Lee Thayer's Third Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (ECF No. 215).

**IT IS HEREBY ORDERED** that the Government shall file a Response to the Third Motion to Vacate by June 20, 2024.  Petitioner Douglas Lee Thayer's Reply will be due by July 11, 2024.

The Clerk of Court is kindly requested to mail this Order to Defendant.

Dated this  31  day of May, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court