JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
JIM W. FANG
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: jim.fang@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DOUGLAS LEE THAYER,<br><br>            Defendant. | Case No. 2:21-cr-53-GMN-VCF<br><br>**Government's Motion to Continue Response Date**<br>(First Request) |

The government, by and through the undersigned, moves this Court to continue the government's response date to Defendant's Douglas Lee Thayer's Third Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255, ECF No. 216. When the Court ordered the government to respond to Thayer's motion, the government mistakenly read the Court's order to state that the government has until July 11, 2024, to file a response, which instead was actually Thayer's deadline to file a reply. *See* ECF No. 217. The government files this motion immediately upon discovery of its mistake. The government sincerely apologizes for its mistake and respectfully asks that the Court continue the due date of the government's response to July 11, 2024, and Thayer's reply to August 8, 2024.

DATED this 25th day of June, 2024.

JASON M. FRIERSON
United States Attorney

*s/ Jim W. Fang*
Jim W. Fang
Assistant United States Attorney
*Counsel for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-53-GMN-VCF |
| Plaintiff, | **ORDER** |
| v. | |
| DOUGLAS LEE THAYER, | |
| Defendant. | |

Based on the government's representation in its Motion to Continue Response Date, and good cause appearing,

**IT IS HEREBY ORDERED** that the government's Motion to Continue Response Date is **GRANTED**; and

**IT IS FURTHER ORDERED** that the government shall file a Response to the Third Motion to Vacate, ECF No. 216, by July 11, 2024. Petitioner Douglas Lee Thayer's Reply will be due by August 8, 2024.

The Clerk of Court is kindly requested to mail this Order to Petitioner.

Dated this  24  day of June, 2024

_____
Gloria M. Navarro, District Judge
United States District Court

3